UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 05-60860-CIV-DIMITROULEAS

JELD-WEN, INC., an Oregon
corporation,

CONSOLIDATED ACTION[1]

    Plaintiff,

vs.

NEBULA GLASS INTERNATIONAL,
INC., d/b/a GLASSLAM N.G.I., INC.,
a Florida corporation and REICHHOLD, INC.,
a foreign corporation,

    Defendants.

GLASSLAM,
Third-Party Plaintiff/Cross-Claimant

vs.

REICHHOLD, INC., a foreign corporation,

    Third-Party Defendant/Cross-Defendant.
_____/

### FINAL ORDER OF DISMISSAL WITH PREJUDICE

THIS CAUSE is before the Court upon the Joint Motion for Dismissal With Prejudice, filed herein on June 16, 2008. [DE-525]. The Court has carefully considered the Joint Motion, notes the Notices of Adoption filed by Plaintiff Jeld-Wen [DE-526] and Defendant Glasslam [DE-527], and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1.    The Joint Motion for Dismissal With Prejudice [DE-525] is hereby **GRANTED**.

---

[1] See Case No. 07-22326-CIV-DIMITROULEAS. This caption reflects the status of the parties, per the consolidation.

2. The Court shall retain jurisdiction to enforce the settlement agreement and to adjudicate the amount of attorneys' fees, costs, and suit money owed to Glasslam by Reichhold under their Indemnification Agreement, should they be unable to agree on the amount.

3. The above-styled action is hereby **DISMISSED WITH PREJUDICE**.

4. The Clerk shall deny any pending motions as moot.

5. The Clerk shall close these cases: 05-60860-CIV-DIMITROULEAS and 07-22326-CIV-DIMITROULEAS.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 17th day of June, 2008.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Counsel of Record